# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1118**  September Term, 2022

NLRB-04CA268398
NLRB-04CA268386
NLRB-04CA268380
NLRB-04CA274177
NLRB-04CA272035

**Filed On: December 28, 2022** [1979341]

Amerinox Processing, Inc.,

    Petitioner

  v.

National Labor Relations Board,

    Respondent

------------------------------

Consolidated with 22-1158

    **BEFORE:**    Millett and Walker, Circuit Judges; Edwards, Senior Circuit Judge

### O R D E R

    The court concludes, on its own motion, that oral argument will not assist the court in these cases. Accordingly, the court will dispose of the petitions for review without oral argument on the basis of the appendix submitted by the parties and the presentations in the briefs. <u>See</u> Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j).

### Per Curiam

                            **FOR THE COURT:**
                            Mark J. Langer, Clerk

                  BY:    /s/
                            Michael C. McGrail
                            Deputy Clerk

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 22-1118**                                       **September Term, 2022**